2     Case 11-02245    Filed 09/28/11    Doc 28

FILED
September 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003799310

Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, CA 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC. (erroneously named herein as "CITIFINANCIAL MORTGAGE, INC.")

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GERALD WILLIAM FILICE,<br><br>Debtor. | Case No. 10-47748<br><br>Chapter 7<br><br>Adversary Proceeding No. 11-02245-D |
| GERALD W. FILICE,<br>      Plaintiff,<br>v.<br>CITIFINANCIAL MORTGAGE, INC.,<br>      Defendant. | Date:    November 30, 2011<br>Time:   10:00 A.M.<br>Place:  Courtroom 34, 6th Floor |

### DEFENDANT CMI'S MOTION TO DISMISS PLAINTIFF'S ADVERSARY PROCEEDING COMPLAINT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant CitiMortgage, Inc. (erroneously named herein as "CITIFINANCIAL MORTGAGE, INC.") ("CMI") hereby submits its Motion to Dismiss the entire Complaint (Adversary Proceeding action No. 11-02245-D) ("Complaint") filed by Plaintiff/debtor Gerald W.

///

1

**DEFENDANT CMI'S MOTION TO DISMISS ADVERSARY PROCEEDING COMPLAINT - 11-02245-D**

915615.1

Filice ("Plaintiff") on April 15, 2011, and each cause of action asserted against it therein. CMI specifically requests that this Court dismiss the entire Complaint on the grounds that it fails to state any claim for which relief can be granted including but not limited to claims for declaratory and injunctive relief under Federal Rule of Civil Procedure Rule 12(b)(6).

This motion is based upon the notice of hearing and memorandum of points and authorities filed concurrently herewith, and on such other and further matter as may be presented to the Court at or before the time set for the hearing on this matter.

DATED: September 28, 2011                    WOLFE & WYMAN LLP


By: /s/ Joshua M. Bryan
STUART B. WOLFE
JOSHUA M. BRYAN
Attorneys for Defendant
**CITIMORTGAGE, INC.**