FILED
December 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D37

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Filice v. Citifinancial Mortgage, Inc. et al | **Case No :** | 10-47748 - D - 7 |
| | | **Adv No :** | 11-02245 - D |
| | | **Date :** | 11/30/11 |
| | | **Time :** | 10:00 |

**Matter :** [28] - Motion/Application to Dismiss Case/Proceeding Filed by Defendant CITIMORTGAGE, INC. (cmcs)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Plaintiff - Gerald William Filice

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted and the adversary proceeding is dismissed.

Dated: December 03, 2011

Robert S. Bardwil, Judge
United States Bankruptcy Court